FILED

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

2012 AUG 16 PH 2: 01

CLERK, US DISTRICT COUR.
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

**FREDERICK BINGEMANN AND**
**DORIE BINGEMANN**
     **Plaintiffs,**

**Judge:**

     v.

Case no: 3:12-cv-928-3-99mmH-Jek

**GE CAPITAL BANK**
     **Defendants.**

_____/

## ORIGINAL COMPLAINT

Comes now, the plaintiffs, Frederick Bingemann and Dorie Bingemann, (hereinafter referred to as "**Plaintiffs**"), on behalf of themselves and by and through undersigned counsel, and allege individual violations of the Fair Credit Reporting Act, and Fair Credit Billing Act against the defendant, GE Capital Bank (hereinafter referred to as "**GECB**"), and in support thereof would state the following:

### JURISDICTION AND VENUE

1.    This is an action for damages brought by an individual consumer against the named defendant for violations of the Fair Credit Reporting Act 15 U.S.C. §1681 *et. seq.* (2012), (hereinafter referred to as the "**FCRA**"), and Fair Credit Billing Act, 15 U.S.C. §1601 *et. seq.* (2012), (hereinafter referred to as the "**FCBA**").

2.    Jurisdiction of this Court arises under 15 U.S.C. §1681p and 15 U.S.C. §1601 *et seq.*

3.    The Defendant **GECB** is a business entity that regularly conducts business in the State of Florida and therefore is a citizen of the State of Florida.

### VENUE

4.   The venue in the United States District Court for the Middle District of Florida is proper

and based upon the following:

   a. The violations of the **FCRA** and **FCBA** alleged below occurred and/or were

   committed in Suwanee County, State of Florida, within the Middle District of Florida;

   b. At all times material hereto, the defendant **GECB**, was and continues to be a

   corporation engaged in business activities in Suwanee County, Florida and as such is

   a citizen of the State of Florida.

5.   The **Plaintiff**, is an individual residing in Suwanee County, Florida and is a "consumer" as

that term is defined by 15 U.S.C. §1601 *et seq.*

## FACTS COMMON TO ALL COUNTS

6.   **Plaintiffs** are consumers and are alleged to have incurred a financial obligation for

primarily personal, family or household purposes, or more specifically an alleged debt with

**GECB/Lowe's.**

7.   On or around December 13, 2011, **GECB** was sent a letter explaining that **Plaintiffs'**

account with **GECB** was in dispute per the **FCBA**.(see exhibit A)

8.   **GECB** wrongly reported the account late while it was in dispute to the credit reporting

agencies in violation of the **FCBA**.

9.   In an effort to correct their credit reports, **Plaintiffs** wrote a dispute letter through

Attorney Paul A. Herman on December 13, 2011 disputing the accuracy and completeness of

the **GECB** account to Trans Union, Experian, and Equifax.(see exhibit B)

10.   Upon information and belief, **GECB** was contacted by the credit reporting agencies

regarding the dispute but failed to conduct a reasonable investigation and they verified the

inaccurate information.

11.     On or around February 8, 2012, **Plaintiffs** received a billing statement from **GECB** in which **Plaintiffs** were being charged both late fees and interest on the account in question despite the fact the account was in dispute in violation of the **FCBA**.(see exhibit C)

12.     On or around April 25, 2012, **Plaintiff** Frederick Bingemann obtained a credit report from TransUnion in which the account in question was listed as being "Account 120 Days Past Due Date". This same credit report did not identify the account in question as being disputed. (see exhibit D)

13.     On or around April 25, 2012, **Plaintiff** Dorie Bingemann obtained a credit report from TransUnion in which the account in question was listed as being "Account 120 Days Past Due Date". This same credit report did not identify the account in question as being disputed. (see exhibit E)

14.      On or around April 25, 2012, **Plaintiff** Frederick Bingemann obtained a credit report from Equifax in which the account in question was listed as being "Over 120 Days Past Due". This same credit report did not identify the account in question as being disputed. (see exhibit F)

15.     On or around April 26, 2012, **Plaintiff** Dorie Bingemann obtained a credit report from Experian in which the account in question was listed as being 150 days past due. This same credit report did not identify the account in question as being disputed. (see exhibit G)

16.     On or around April 26, 2012, **Plaintiff** Frederick Bingemann obtained a credit report from Experian in which the account in question was listed as being 150 days past due. This same credit report did not identify the account in question as being disputed. (see exhibit H)

## COUNT ONE

### VIOLATIONS OF THE FCRA– 15 U.S.C. §1681 *et seq.* by GECB

17.   **Plaintiffs** re-allege and incorporate paragraphs 1 through 16 above as if fully stated herein.

18.   At all times pertinent hereto, Defendant **GECB** was a "person" as that term is defined by 15 U.S.C. § 1681a(b) and a "furnisher of information" to the credit reporting agencies.

19.   This Defendant violated 15 U.S.C. §1681n and 1681o by engaging in the following conduct that violated § 1681s-2(b) of that Act.  Throughout the entire course of its actions, **GECB** willfully and/or negligently violated these provisions of the FCRA in the following manner:

   a.   By willfully and/or negligently failing to conduct an investigation of the inaccurate information that the **Plaintiffs** disputed;

   b.   By willfully and/or negligently failing to review all relevant information concerning the **Plaintiffs'** account as provided;

   c.   By willfully and/or negligently failing to report the results of their investigation of the inaccurate information to all credit reporting agencies;

   d.   By willfully and/or negligently failing to modify or delete incomplete or inaccurate information in **Plaintiffs'** file after conducting an investigation;

   e.   By willfully and/or negligently failing to modify or delete inaccurate or incomplete information after conducting a reinvestigation;

   f.   By willfully and/or negligently failing to permanently block the reporting of the inaccurate information as disputed by the **Plaintiffs** and continuing to report and

furnish inaccurate or incomplete information in **Plaintiffs'** file to all credit reporting agencies;

g. By willfully and/or negligently failing to comply with all requirements imposed on "furnishers of information" by 15 U.S.C. § 1681s-2(b).

20. As a result of this conduct, action and inaction of Defendant **GECB**, the **Plaintiffs** suffered damage by the mental, emotional, pain, anguish, humiliation and embarrassment of the injury to his credit report.

21. The conduct, action and inaction of Defendant **GECB** was willful, rendering it liable for punitive damages in an amount to be determined by the Court pursuant to 15 U.S.C. § 1681n.

22. In the alternative, the conduct, action and inaction was negligent, thereby entitling **Plaintiffs** to recover under 15 U.S.C. § 1681o.

23. The **Plaintiffs** are entitled to recover actual damages, statutory damages, costs and attorney's fees from the Defendant in an amount to be determined by the Court pursuant to § 1681n and 1681o.

### Prayer for Relief

**WHEREFORE**, the **Plaintiffs** respectfully pray that judgment be entered against the Defendant **GECB** for an award of actual, statutory, and punitive damages; attorney's fees and the costs of litigation including pre and post-judgment interest at the legal rate; and such other relief the Court deems just, equitable and proper.

## COUNT TWO

### VIOLATIONS OF THE FCBA – 15 U.S.C. §1601 *et seq.* by GECB

24.   **Plaintiffs** re-allege and incorporate paragraphs 1 through 16 above as if fully stated herein.

25.   Upon information and belief the foregoing acts and omissions of Defendant **GECB,** as further described within this Complaint, constitute violations of certain provisions of the **FCBA,** and as such, each and every provision of 15 U.S.C. §1601 *et seq.*, are at issue.

26.   Upon information and belief, Defendant **GECB** has specifically violated 15 U.S.C. §1666a(a)(b) by reporting to a third party that **Plaintiff's** account in question was delinquent after being notified in writing that the account in question was being disputed.

27.   Upon information and belief, Defendant **GECB** has specifically violated 15 U.S.C. §1666a(a)(b) by reporting to a third party that **Plaintiff's** account in question was delinquent after being notified in writing that the account in question was being disputed.

28.   Upon information and belief, Defendant **GECB** has specifically violated 15 U.S.C. §1666e by charging **Plaintiff** late fees and interest on the account in question after being notified in writing that the account in question was being disputed.

29.   As a result of these violations of the **FCBA** by Defendant **GECB,** the **Plaintiff** has suffered out of pocket expenses as well as other actual damages and is therefore entitled to an award of damages pursuant to 15 U.S.C. §1601 *et seq.*

### Prayer for Relief

**WHEREFORE,** the **Plaintiff** respectfully prays that judgment be entered against the Defendant **GECB** for an award of actual, statutory, and punitive damages; attorney's fees

and the costs of litigation including pre and post-judgment interest at the legal rate; and such other relief the Court deems just, equitable and proper.

Plaintiff is entitled to and hereby demands a trial by jury as stated in the U.S. Constitution, Amendment 7 and F.R.C.P. 38.

RESPECTFULLY SUBMITTED,

By: _____
The Law Offices of Paul A. Herman, P.A.
Attorneys for Defendant
Paul A. Herman
Florida Bar No. 405175
20423 State Road 7, Suite F6-477
Boca Raton, FL 33489
561-910-7889

# EXHIBIT A



**Law Offices Of**

# Paul A. Herman, P.A.
20423 State Road 7   Suite F6-477
Boca Raton, FL 33498-6747
Tele 800-269-4685   Fax 561-431-2352
*www.paherman.com*

December 7, 2011
*Via First Class Mail*

**GE Money Bank**
901 Main Avenue
Norwalk, CT 06851-1168

     RE:   Bankruptcy Act
             Frederick & Dorie Bingemann/81924109358796
                             6019182205205992

Dear **GE Money**:

This firm represents the above client with regards to the above receivable, originated and serviced by your firm.   My client is investigating the availability of credit counseling pursuant to the bankruptcy act.  In the event that my client qualifies for bankruptcy please identify the address wherein the automatic stay should be sent.

Please provide me with the executed credit card application, the initial Truth in Lending Act disclosure statement(s), a copy of the account, any cardmember agreements that apply to the account, (including any amendments thereto,) a clarification as to the manner in which your firm arrived at the finance charge, new balance and minimum amount due.

My client indicates that the 1st 60 days worth of statements contain an error in the nature of math or accounting error.  The sum certain allegedly due on the account is not accurate and no explicit or implicit promise to pay is made.  My client requests clarification regarding credit extended during the previous 60 days worth of statements of account including documentary support thereto such as the name and address of any merchant appearing on the statements and the executed sales slips (copies are acceptable).

Finally, my client demands that all direct communication cease and that any future communications be in writing and directed to my **Florida offices**.

Sincerely,

Paul A. Herman, Esq.
*paherman@paherman.com*

*For The Firm*

PAH/cf

# EXHIBIT B



Law Offices Of
# Paul A. Herman, P.A.
20423 State Road 7  Suite F6-477
Boca Raton, FL 33498-6747
Tele 800-269-4685  Fax 561-431-2352
**www.paherman.com**
December 7, 2011
Via First Class Mail

**TransUnion, LLC**
P.O. Box 2000
Chester, PA 19022-2000

RE:  **Client**   : **Frederick & Dorie Bingemann**
      **SS #**   : ████-1394/ ████-3729
      **D.O.B**  :█████/1940-█████/1952
      **ADDRESS** : ████████.
              **Live Oak FL 32060**

To Whom It May Concern:

    Our law office now represents this above client regarding errors and inaccuracies on their credit report. We are not a credit repair company but a law firm enforcing consumer rights under the FCRA. Pursuant to FCRA 611(a), our client is disputing the following entries and we will expect that you complete the investigation within 30 days and send the updated report to our client at the address below. If these inaccurate items are not verified within 30 days, we demand that they immediately be deleted from the credit report or we may need to file a complaint with the Federal Trade Commission and pursue all available legal remedies. If you claim that late payments are verified, we hereby demand strict proof of every alleged late payment. Additionally, please refrain from any contact with our client other than mailing updated reports. Any letters you send to our client that attempt to discredit our services or our firm will be seen as intentional interference with a represented client and appropriate legal actions will be undertaken.

    Also, any attempts to stall the investigation such as not disputing because we are a third party will result in an action under the FCRA for wilful noncompliance with the act per FCRA 616. The FCRA imposes no such limitation on consumers and we are now considering a class action for this continued violation and stall tactic which clearly hurts the consumer.

    This letter is our first attempt to resolve the issues without litigation but the failure to delete the items if not verified appropriately may result in a Federal lawsuit. Our experience shows that the credit bureaus are routinely violating the

FCRA.  Consider this the first and last attempt before litigation follows.  We are hopeful that this can be resolved without further action.

**Reason for Dispute:** The following accounts are being disputed to the furnishers of information as well, on the fact that the information on the credit report is inaccurate. My client denies the existence of the above debt, denies the debt is delinquent. There is no evidence to confirm that a credit card with this account number was ever provided to the defendant based on the reports and the account statement provided to the defendant.

**ACC: Cap One/**████████████**3130**
**ACC: GEMB/**████████**8796**
**ACC: Cap One/**███████████**3996**
**ACC: GEMB/**██████████**5992**

Please send the updated report after the 30 day investigation is completed and the items have been deleted to the following addresses:

If you allege that the item is verifiable, then consider this a formal request to include the name of the contact person with the creditor, phone number, address, date of verification and a description of the procedure used to determine the accuracy and completeness of the information per FCRA §611(6) (B) (iii) or we will file a Federal action to recover damages to our client for your noncompliance..  If you cannot provide this information, then please remove the item immediately. Please act accordingly.

Sincerely,

Paul A. Herman, Esq.
paherman@paherman.com
For The Firm

PAH/cf



**Law Offices Of**
# Paul A. Herman, P.A.
20423 State Road 7   Suite F6-477
Boca Raton, FL 33498-6747
Tele 800-269-4685  Fax 561-431-2352
*www.paherman.com*
December 7, 2011
Via First Class Mail

**Experian Information Solutions, Inc.**
475 Anton Boulevard
Costa Mesa, CA 92626

RE:  **Client**      : **Frederick & Dorie Bingemann**
     **SS #**       : ▮▮▮▮1394/ ▮▮▮▮3729
     **D.O.B**      : ▮▮▮▮1940- ▮▮▮▮1952
     **ADDRESS**    : ▮▮▮▮▮▮
                      **Live Oak FL 32060**

To Whom It May Concern:

Our law office now represents this above client regarding errors and inaccuracies on their credit report. We are not a credit repair company but a law firm enforcing consumer rights under the FCRA. Pursuant to FCRA 611(a), our client is disputing the following entries and we will expect that you complete the investigation within 30 days and send the updated report to our client at the address below. If these inaccurate items are not verified within 30 days, we demand that they immediately be deleted from the credit report or we may need to file a complaint with the Federal Trade Commission and pursue all available legal remedies. If you claim that late payments are verified, we hereby demand strict proof of every alleged late payment. Additionally, please refrain from any contact with our client other than mailing updated reports. Any letters you send to our client that attempt to discredit our services or our firm will be seen as intentional interference with a represented client and appropriate legal actions will be undertaken.

Also, any attempts to stall the investigation such as not disputing because we are a third party will result in an action under the FCRA for wilful noncompliance with the act per FCRA 616. The FCRA imposes no such limitation on consumers and we are now considering a class action for this continued violation and stall tactic which clearly hurts the consumer.

This letter is our first attempt to resolve the issues without litigation but the failure to delete the items if not verified appropriately may result in a Federal lawsuit. Our experience shows that the credit bureaus are routinely violating the

FCRA.  Consider this the first and last attempt before litigation follows.  We are hopeful that this can be resolved without further action.

**Reason for Dispute:** The following accounts are being disputed to the furnishers of information as well, on the fact that the information on the credit report is inaccurate. My client denies the existence of the above debt, denies the debt is delinquent. There is no evidence to confirm that a credit card with this account number was ever provided to the defendant based on the reports and the account statement provided to the defendant.

**ACC: Cap One/**▮▮▮▮▮▮▮**3130**
**ACC: GEMB/**▮▮▮▮▮▮**8796**
**ACC: Cap One/**▮▮▮▮▮▮**3996**
**ACC: GEMB/**▮▮▮▮▮**5992**

Please send the updated report after the 30 day investigation is completed and the items have been deleted to the following addresses:

**If you allege that the item is verifiable, then consider this a formal request to include the name of the contact person with the creditor, phone number, address, date of verification and a description of the procedure used to determine the accuracy and completeness of the information per FCRA §611(6) (B) (iii) or we will file a Federal action to recover damages to our client for your noncompliance..  If you cannot provide this information, then please remove the item immediately. Please act accordingly.**

Sincerely,

Paul A. Herman, Esq.
*paherman@paherman.com*
*For The Firm*

PAH/cf



Law Offices Of
# Paul A. Herman, P.A.
20423 State Road 7   Suite F6-477
Boca Raton, FL 33498-6747
Tele 800-269-4685   Fax 561-431-2352
*www.paherman.com*
December 7, 2011
Via First Class Mail

**Equifax Information Services, LLC**
1550 Peachtree Street
NW Atlanta, GA 30309

| | RE: | Client | : **Frederick & Dorie Bingemann** |
|---|---|---|---|
| | | SS # | : ██████1394/ ██████-3729 |
| | | D.O.B | : ████1940-█████1952 |
| | | ADDRESS | : ██████████ |
| | | | **Live Oak FL 32060** |

To Whom It May Concern:

Our law office now represents this above client regarding errors and inaccuracies on their credit report. We are not a credit repair company but a law firm enforcing consumer rights under the FCRA. Pursuant to FCRA 611(a), our client is disputing the following entries and we will expect that you complete the investigation within 30 days and send the updated report to our client at the address below.   If these inaccurate items are not verified within 30 days, we demand that they immediately be deleted from the credit report or we may need to file a complaint with the Federal Trade Commission and pursue all available legal remedies.   If you claim that late payments are verified, we hereby demand strict proof of every alleged late payment.   Additionally, please refrain from any contact with our client other than mailing updated reports.   Any letters you send to our client that attempt to discredit our services or  our firm will be seen as intentional interference with a represented client and appropriate legal actions will be undertaken.

Also, any attempts to stall the investigation such as not disputing because we are a third party will result in an action under the FCRA for wilful noncompliance with the act per FCRA 616.  The FCRA imposes no such limitation on consumers and we are now considering a class action for this continued violation and stall tactic which clearly hurts the consumer.

This letter is our first attempt to resolve the issues without litigation but the failure to delete the items if not verified appropriately may result in a Federal lawsuit.  Our experience shows that the credit bureaus are routinely violating the

FCRA. Consider this the first and last attempt before litigation follows. We are hopeful that this can be resolved without further action.

**Reason for Dispute:** The following accounts are being disputed to the furnishers of information as well, on the fact that the information on the credit report is inaccurate. My client denies the existence of the above debt, denies the debt is delinquent. There is no evidence to confirm that a credit card with this account number was ever provided to the defendant based on the reports and the account statement provided to the defendant.

**ACC: Cap One/**████████████3130
**ACC: GEMB/**██████████8796
**ACC: Cap One/**████████████3996
**ACC: GEMB/**████████████5992

Please send the updated report after the 30 day investigation is completed and the items have been deleted to the following addresses:

**If you allege that the item is verifiable, then consider this a formal request to include the name of the contact person with the creditor, phone number, address, date of verification and a description of the procedure used to determine the accuracy and completeness of the information per FCRA §611(6) (B) (iii) or we will file a Federal action to recover damages to our client for your noncompliance.. If you cannot provide this information, then please remove the item immediately. Please act accordingly.**

Sincerely,

Paul A. Herman, Esq.
paherman@paherman.com
*For The Firm*

PAH/cf

# EXHIBIT C



**Lowe's Credit Card Account**

DORIE A BINGEMANN
FREDERICK H BINGEMANN
Account Number ...079 5

Visit us at www.lowes.com/credit
Customer Service: 1-800-568-0156

| Summary of Account Activity | | Payment Information | |
|---|---|---|---|
| Previous Balance | $1,805.00 | New Balance | $1,674.52 |
| Payments | $0.00 | Amount Past Due | $279.36 |
| Other Credits | $0.00 | Total Minimum Payment Due | $367.36 |
| Purchases/Debits | $35.00 | Payment Due Date | 03/02/2012 |
| Fees Charged | $34.02 | | |
| Interest Charged | | | |
| New Balance | $1,674.52 | | |
| | $1,740.00 | | |
| Credit Limit | $0.00 | | |
| Available Credit | 02/08/2012 | | |
| Statement Closing Date | 29 | | |
| Days in Billing Cycle | | | |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee up to $35.00.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| | Only the minimum payment | 12 years | $3,674.00 |
|---|---|---|---|

If you would like information about credit counseling services, call 1-877-302-8775.

| Transactions | | | | Amount |
|---|---|---|---|---|
| Tran Date | Post Date | Reference Number/ Invoice Number | Description of Transaction or Credit | |
| | | | FEES | $35.00 |
| 02/02 | 02/02 | | LATE FEE | $35.00 |
| | | | TOTAL FEES FOR THIS PERIOD | $34.02 |
| | | | INTEREST CHARGED | $34.02 |
| 02/08 | 02/08 | | INTEREST CHARGE ON PURCHASES | |
| | | | TOTAL INTEREST FOR THIS PERIOD | |

| | |
|---|---|
| | $70.00 |
| Total Fees Charged in 2012 | $70.11 |
| Total Interest Charged in 2012 | $0.00 |
| Total Interest Paid in 2012 | |

---

PAYMENT DUE BY 5 P.M. (ET) ON THE DUE DATE.
NOTICE: We may convert your payment into an electronic debit. See reverse for details, Billing Rights information and other important information.

7509   5811 X30

EXPAGE 1 of 4

0796   5815 590E  01CX7509                   18774S

Detach and mail this portion with your check. Do not include any correspondence with your check.

| | | | Account Number | ...079 6 |
|---|---|---|---|---|
| | $367.36 | $279.36 | 03/02/2012 | $1,674.52 |

Payment Enclosed: $ ☐☐☐☐☐☐ . ☐☐
Please use blue or black ink.       New address or email? Print changes on back.

DORIE A BINGEMANN
%LAW OFFC PAUL HERMAN P.A.
20423 STATE RD 7 F6-477
BOCA RATON FL 33498-6797

Make Payment to: LOWE'S/GECRB
P.O. BOX 530914
ATLANTA, GA 30353-0914

00088000006664  003673600187452   000798192  4109358  74603

# EXHIBIT D

☑043/077

05/08/2012 11:29 FAX

| | |
|---|---|
| File Number: | 314633704 |
| Page: | 1 of 12 |
| Date Issued: | 04/25/2012 |

**TransUnion.**

-Begin Credit Report-

## Personal Information

| | | | |
|---|---|---|---|
| Name: | DORIE ANN BINGEMANN | SSN: | XXX-XX-3729 |
| | | Date of Birth: | ▬1952 |
| | | Telephone: | ▬8052 |

Your SSN is partially abbreviated for your protection.

Other Names:
DORIE A. BINEMANN
DORIE VINGEMANN
BORIE A. BINGEMANN

You have been on our files since 12/01/1992

### CURRENT ADDRESS

| | |
|---|---|
| Address: | LIVE OAK, FL 32060 |
| Date Reported: | 09/01/2002 |

### OTHER ADDRESSES

| | |
|---|---|
| Address: | CAMPBELLSVILLE, KY 427 18 |
| Date Reported: | 10/01/2000 |
| Address: | LIVE OAK, FL 32060 |

### EMPLOYMENT DATA REPORTED

| | |
|---|---|
| Employer Name: | RETIREDSS |
| Date Reported: | 01/18/2005 |

Special Notes: The display of your Social Security number has been abbreviated and your account numbers have been modified in this report for your protection. You may request disclosure of your full Social Security number by writing to us at the address found at the end of this report. Also, if any item on your credit report begins with "MEDICAL", it includes medical information and the data following "MEDICAL" is not displayed to anyone but you, except as identified by law.

## Account Information

The key to the right helps explain the payment history information contained in some of the accounts below. Not all accounts will contain payment history information, but some creditors report how you make payments each month in relation to your agreement with them.

| N/A | X | OK | 30 days | 60 days | 90 days | 120 days |
|---|---|---|---|---|---|---|
| Not Applicable | Unknown | Current | late | late | late | late |

## Adverse Accounts

The following accounts contain information which some creditors may consider to be adverse. Adverse account information may generally be reported for 7 years from the date of the first delinquency, depending on your state of residence. The adverse information in these accounts has been printed in [brackets] or is shaded for your convenience, to help you understand your report. They are not bracketed or shaded this way for creditors.

**ALLIED INTERSTATE INC #8716****
435 FORD RD
SUITE 800
MINNEAPOLIS, MN 55426-1063
(800) 367-1822

| | |
|---|---|
| Balance: | $325 |
| Date Updated: | 04/01/2012 |
| Original Amount: | $325 |
| Original Creditor: | MEDICAL-SHANDS LIVE OAK (Medical/Health Care) |
| Past Due: | [$325] |

| | |
|---|---|
| Pay Status: | [In Collection] |
| Account Type: | Open Account |
| Responsibility: | Individual Account |

Loan Type: COLLECTION AGENCY/ATTORNEY
Date placed for collection: 02/03/2012
Remarks: [PLACED FOR COLLECTION]
Estimated month and year that this item will be removed: 10/2018

To dispute online go to: http://transunion.com/disputeonline

P 1ZQOH-003 02335-I035891 03/18

05/09/2012 11:31 FAX

☑ 045/077

Consumer Credit Report for DORJE ANN BINGEMANN

| | |
|---|---|
| File Number: | 314633704 |
| Page: | 3 of 12 |
| Date Issued: | 04/25/2012 |

TransUnion.

---

**GECRB/LOWES #798192410935****
PO BOX 965005
ORLANDO, FL 32896-5005
(800) 444-1408

| | |
|---|---|
| Balance: | $1,949 |
| Date Updated: | 04/09/2012 |
| High Balance: | $1,977 |
| Credit Limit: | $1,740 |
| Past Due: | >$427< |
| Last Payment: | 11/24/2011 |

| | |
|---|---|
| Pay Status: | >Account 120 Days Past Due Date< |
| Account Type: | Revolving Account |
| Responsibility: | Joint Account |
| Terms: | Minimum $61 |
| Date Opened: | 08/31/2008 |
| Date Closed: | 01/08/2012 |

Loan Type: CHARGE ACCOUNT
Remarks: CLOSED BY CREDIT GRANTOR
>Maximum Delinquency of 120 days occurred in 03/2012 for $367<
Estimated month and year that this item will be removed: 09/2018

Late Payments (35 Months)     Last 35 months

| | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| mar | feb | '12 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '11 | dec | nov | oct | sep | aug | jul | jun | may | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| mar | feb | '10 | dec | nov | oct | sep | aug | jul | jun | may | |

---

**SUNTRUST BK #2150000215483****
PO BOX 85526
RICHMOND, VA 23285
(877) 596-5407

| | |
|---|---|
| Balance: | $0 |
| Date Updated: | 04/07/2008 |
| High Balance: | $11,843 |
| Last Payment: | 04/07/2008 |

| | |
|---|---|
| Pay Status: | Current; Paid or Paying as Agreed |
| Account Type: | Installment Account |
| Responsibility: | Joint Account |
| Terms: | $252 Monthly for 60 months |
| Date Opened: | 02/02/2004 |
| Date Closed: | 04/07/2008 |

Loan Type: AUTOMOBILE
Remarks: CLOSED

Late Payments (48 Months)     Last 48 months

| | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OK | OK | | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| mar | feb | '08 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '07 | dec | nov | oct | sep | aug | jul | jun | may | apr | | |

| | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| mar | feb | '06 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '05 | dec | nov | oct | sep | aug | jul | jun | may | apr |

---

**WEST ASSET MGMT #1484****
2703 N HIGHWAY 75
SHERMAN, TX 75090
(877) 411-7197

| | |
|---|---|
| Balance: | $442 |
| Date Updated: | 02/13/2012 |
| Original Amount: | $452 |
| Original Creditor: | MEDICAL-LAKE CITY MEDICAL CENTER (Medical/Health Care) |
| Past Due: | >$442< |
| Last Payment: | 02/08/2012 |

| | |
|---|---|
| Pay Status: | >In Collection< |
| Account Type: | Open Account |
| Responsibility: | Individual Account |

Loan Type: COLLECTION AGENCY/ATTORNEY
Date placed for collection: 05/18/2011
Remarks: >PLACED FOR COLLECTION<
Estimated month and year that this item will be removed: 02/2016

# EXHIBIT E

05/09/2012 11:40 FAX

☑ 056/077

| | |
|---|---|
| File Number: | 314633610 |
| Page: | 1 of 12 |
| Date issued: | 04/25/2012 |

Trans**Union.**

## -Begin Credit Report-

### Personal Information

**Name:** FREDERICK H. BINGEMANN

**SSN:** XXX-XX-1394
**Date of Birth:** ▆▆1940
**Telephone:** ▆▆4052
Your SSN is partially abbreviated for your protection.

You have been on our files since 12/01/1992

### CURRENT ADDRESS

**Address:** ▆▆▆▆
LIVE OAK, FL 32060
**Date Reported:** 09/01/2002

### OTHER ADDRESSES

**Address:** ▆▆▆▆
LIVE OAK, FL 32060
**Date Reported:** 08/01/2002

**Address:** ▆▆▆▆
CAMPBELLSVILLE, KY 42718

### EMPLOYMENT DATA REPORTED

**Employer Name:** SHORT TERM DISAB
**Date Verified:** 09/02/2011
**Employer Name:** LOWES HOME CTR
**Date Reported:** 09/01/2002

Special Notes: The display of your Social Security number has been abbreviated and your account numbers have been modified in this report for your protection. You may request disclosure of your full Social Security number by writing to us at the address found at the end of this report. Also, if any item on your credit report begins with 'MEDICAL', it includes medical information and the data following 'MEDICAL' is not disclosed to anyone but you except where permitted by law.

### Account Information

The key to the right helps explain the payment history information contained in some of the accounts below. Not all accounts will contain payment history information, but some creditors report how you make payments each month in relation to your agreement with them.

| N/A | X | OK | | | | |
|---|---|---|---|---|---|---|
| Not Applicable | Unknown | Current | 30 days late | 60 days late | 90 days late | 120 days late |

### Adverse Accounts

The following accounts contain information which some creditors may consider to be adverse. Adverse account information may generally be reported for 7 years from the date of the first delinquency, depending on your state of residence. The adverse information in these accounts has been printed in [brackets] or is shaded for your convenience, to help you understand your report. They are not bracketed or shaded this way for creditors.

**CAPITAL ONE BANK USA NA #412174879186****
PO BOX 30281
SALT LAKE CITY, UT 84130
(800) 258-9319

| | |
|---|---|
| Balance: | $2,689 |
| Date Updated: | 04/11/2012 |
| High Balance: | $2,689 |
| Credit Limit: | $2,300 |
| Past Due: | >$483< |
| Last Payment: | 10/21/2011 |

| | |
|---|---|
| Pay Status: | >Account 120 Days Past Due Date< |
| Account Type: | Revolving Account |
| Responsibility: | Individual Account |
| Terms: | Minimum $115 |
| Date Opened: | 04/28/1999 |

**Loan Type:** CREDIT CARD
>Maximum Delinquency of 120 days occurred in 04/2012 for $483<
Estimated month and year that this item will be removed: 12/2018

| Late Payments (27 Months) | | | Last 27 months | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | mar | feb | '12 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '11 | dec | nov | oct | sep | aug | jul | jun | may | apr |

| OK | OK | OK |
|---|---|---|
| mar | feb | '10 |

☑ 057/077

05/09/2012 11:43 FAX

Consumer Credit Report for FREDERICK H. BINGEMANN

File Number: 314633610
Page: 2 of 12
Date Issued: 04/25/2012

---

**COMMONWEALTH FIN SYSTEMS #D330334****
245 MAIN ST
DICKSON CITY, PA 18519
(570) 347-1115

| | |
|---|---|
| Balance: | $102 |
| Date Updated: | 03/31/2012 |
| Original Amount: | $102 |
| Original Creditor: | MEDICAL-HARPER EMERGENCY PHYSICIANS |
| Past Due: | >$102< |

Pay Status: >In Collection<
Account Type: Open Account
Responsibility: Individual Account

Loan Type: COLLECTION AGENCY/ATTORNEY
Date placed for collection: 12/04/2011
Remarks: >PLACED FOR COLLECTION<
Estimated month and year that this item will be removed: 08/2016

---

**GECRB/CARE CREDIT #601918220520****
C/O PO BOX 965036
ORLANDO, FL 32896-5036
(866) 396-8254

| | |
|---|---|
| Balance: | $3,368 |
| Date Updated: | 04/17/2012 |
| High Balance: | $4,738 |
| Credit Limit: | $4,800 |
| Past Due: | >$779< |
| Last Payment: | 09/07/2011 |

Pay Status: >Account 120 Days Past Due Date<
Account Type: Revolving Account
Responsibility: Joint Account
Terms: Minimum $134
Date Opened: 04/03/2009
Date Closed: 02/16/2012

Loan Type: CHARGE ACCOUNT
Remarks: CLOSED BY CREDIT GRANTOR
>Maximum Delinquency of 120 days occurred in 03/2012 for $645<
Estimated month and year that this item will be removed: 10/2018



| Late Payments (36 Months) | Last 36 months |
|---|---|
| 2 | 1 | 2 | |

OK OK OK 11 OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK
mar feb '12 dec nov oct sep aug jul jun may apr mar feb '11 dec nov oct sep aug jul jun may apr
OK OK OK OK OK OK OK OK OK OK OK OK OK
mar feb '10 dec nov oct sep aug jul jun may apr

---

**GECRB/LOWES #798192410935****
PO BOX 965005
ORLANDO, FL 32896-5005
(800) 444-1408

| | |
|---|---|
| Balance: | $1,949 |
| Date Updated: | 04/09/2012 |
| High Balance: | $1,977 |
| Credit Limit: | $1,740 |
| Past Due: | >$427< |
| Last Payment: | 11/24/2011 |

Pay Status: >Account 120 Days Past Due Date<
Account Type: Revolving Account
Responsibility: Joint Account
Terms: Minimum $61
Date Opened: 08/31/2008
Date Closed: 01/08/2012

Loan Type: CHARGE ACCOUNT
Remarks: CLOSED BY CREDIT GRANTOR
>Maximum Delinquency of 120 days occurred in 03/2012 for $367<
Estimated month and year that this item will be removed: 09/2018



| Late Payments (34 Months) | Last 34 months |
|---|---|
| 2 | 1 | 2 | |

OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK
mar feb '12 dec nov oct sep aug jul jun may apr mar feb '11 dec nov oct sep aug jul jun may apr
OK OK OK OK OK OK OK OK OK OK OK
mar feb '10 dec nov oct sep aug jul jun

---



**NCO FINANCIAL #1499****
POB 15609
WILMINGTON, DE 19850
(800) 786-9330

| | |
|---|---|
| Balance: | $0 |
| Date Updated: | 04/25/2007 |
| Original Amount: | $100 |
| Original Creditor: | MEDICAL-LAKE CITY MEDICAL CENTER (Medical/Health Care) |
| Last Payment: | 03/21/2007 |

Pay Status: >Account Paid in Full; was a Collection<
Account Type: Open Account
Responsibility: Individual Account
Date Closed: 03/21/2007
Date Paid: 03/21/2007

Loan Type: COLLECTION AGENCY/ATTORNEY
Date placed for collection: 11/15/2006
Remarks: >PAID COLLECTION<
Estimated month and year that this item will be removed: 10/2012

---

To dispute online go to: http://transunion.com/disputeonline

# EXHIBIT F

☑087/077

05/09/2012 11:50 FAX

P.O. Box 105314
Atlanta GA 30348

April 25, 2012

 **EQUIFAX**

To Start An Investigation, Please Visit Us At:
www.investigate.equifax.com


001157085-450
Frederick H Bingemann

Live Oak, FL 32060-6933

Dear Frederick H Bingemann:

Thank you for requesting your credit file, commonly called a Consumer Credit Report. Your credit file contains information received primarily from companies which have granted you credit and from public record sources. Great care has been taken to report this information correctly. Please help us in achieving even greater accuracy by reviewing all of the enclosed material carefully.

To allow us to protect your privacy and deliver prompt service, please have your confirmation number accessible when you call or visit our web site. If there are items you believe to be incorrect, you may be able to initiate an investigation request via the Internet 24 hours a day, 7 days a week at:

**www.investigate.equifax.com**

Using the Internet to initiate an on-line investigation request will expedite the resolution of your concerns.

Or you may complete the enclosed Research Request Form and return it to:

Equifax Information Services LLC
P.O. Box 105314
Atlanta GA 30348

*NOTE: Sending the Research Request Form to any other address will delay the processing of your request.*
Under the FACT Act, you have the right to request and obtain a copy of your credit score. To obtain a copy of your credit score, please call our automated ordering system at: *1-877-SCORE-11.*

The FBI Has Named Identity Theft As The Fastest Growing Crime In America.
Protect yourself with Equifax Credit Watch™, a service that monitors your credit file every business day and notifies you within 24 hours of any activity. To order, go to: *www.creditwatch.equifax.com*

**First Federal Savings Bank of...**  Account Number: 42*

| Items As of Date Reported | Balance Amount | Date Opened | High Credit | Date of Last Payment | Actual Payment Amount | Terms Duration | Scheduled Payment Amount | Credit Limit | Terms Frequency | Date of Last Activity | Date of 1st Delinquency | Months Revd | Date Mo./Del. 1st Rptd | Charge Off Amount | Activity Designator | Deferred Pay Start Date | Balloon Pay Amount | Creditor Classification | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/2006 | $0 | 01/2003 | $5,411 | 01/2005 | | 36 Months | $161 | | | 01/2005 | | 38 | 01/2005 | | | | | | | 01/2005 |

Status - Pays As Agreed; Type of Account - Installment; Type of Loan - Secured; Whose Account - Joint Account; ADDITIONAL INFORMATION - Closed or Paid Account/Zero Balance; Account Closed By Credit Grantor;

**Account Number: 0315***

| Items As of Date Reported | Balance Amount Past Due | Date Opened | High Credit | Date of Last Payment | Actual Payment Amount | Terms Duration | Scheduled Payment Amount | Credit Limit | Terms Frequency | Date of Last Activity | Date of 1st Delinquency | Months Revd | Date Mo./Del. 1st Rptd | Charge Off Amount | Activity Designator | Deferred Pay Start Date | Balloon Pay Amount | Creditor Classification | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/2008 $0 | | 09/2002 | $0 | | | | $500 | | Monthly | | | 65 | | | | | | | | 11/2007 |

Status - Pays As Agreed; Type of Account - Revolving; Type of Loan - If Account - Charge Account; Whose Account - Joint Account; ADDITIONAL INFORMATION - Closed or Paid Account/Zero Balance; Account Closed By Credit Grantor;

**Account Number: 0300***

| Items As of Date Reported | Balance Amount Past Due | Date Opened | High Credit | Date of Last Payment | Actual Payment Amount | Terms Duration | Scheduled Payment Amount | Credit Limit | Terms Frequency | Date of Last Activity | Date of 1st Delinquency | Months Revd | Date Mo./Del. 1st Rptd | Charge Off Amount | Activity Designator | Deferred Pay Start Date | Balloon Pay Amount | Creditor Classification | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/2012 $0 | | 06/2006 | $- | | | | $2,500 | | Monthly | | | 70 | | | | | | | | 09/2008 |

Status - Pays As Agreed; Type of Account - Revolving; Type of Loan - Charge Account; Whose Account - Joint Account; ADDITIONAL INFORMATION - Closed or Paid Account/Zero Balance; Account Closed By Credit Grantor;

**Account Number: 0935***

| Items As of Date Reported | Balance Amount | Date Opened | High Credit | Date of Last Payment | Actual Payment Amount | Terms Duration | Scheduled Payment Amount | Credit Limit | Terms Frequency | Date of Last Activity | Date of 1st Delinquency | Months Revd | Date Mo./Del. 1st Rptd | Charge Off Amount | Activity Designator | Deferred Pay Start Date | Balloon Pay Amount | Creditor Classification | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/2012 $1,949 | $427 | 08/2008 | $1,977 | 11/2011 | $1,740 | | $61 | | Monthly | 10/2011 | | 34 | 03/2011 | | | | | | | 01/20.. |

Status - Over 120 Days Past Due; Type of Account - Revolving; Type of Loan - Charge Account; Whose Account - Joint Account; ADDITIONAL INFORMATION - Account Closed By Credit Grantor; Charge; 150 Days Past Due;

Account History
with Status Codes

| 08/2012 | 02/2012 | 01/2012 | 12/2011 | 11/2011 |
|---|---|---|---|---|
| 4 | 3 | 2 | 1 | |

**Account Number: 0634***

| Items As of Date Reported | Balance Amount | Date Opened | High Credit | Date of Last Payment | Actual Payment Amount | Terms Duration | Scheduled Payment Amount | Credit Limit | Terms Frequency | Date of Last Activity | Date of 1st Delinquency | Months Revd | Date Mo./Del. 1st Rptd | Charge Off Amount | Activity Designator | Deferred Pay Start Date | Balloon Pay Amount | Creditor Classification | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/2012 | | 08/2008 | | | | | | | | | | | | | | | | | | |

Status - Card Is Lost Or Stolen; Type of Loan - Charge Account; ADDITIONAL INFORMATION - Charge;

**Account Number: 7583***

| Items As of Date Reported | Balance Amount | Date Opened | High Credit | Date of Last Payment | Actual Payment Amount | Terms Duration | Scheduled Payment Amount | Credit Limit | Terms Frequency | Date of Last Activity | Date of 1st Delinquency | Months Revd | Date Mo./Del. 1st Rptd | Charge Off Amount | Activity Designator | Deferred Pay Start Date | Balloon Pay Amount | Creditor Classification | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/2007 $0 | | 12/2005 | $118,000 | 08/2007 | | 30 Years | $960 | | Monthly | | 06/2007 | 3 | 06/2007 | | | | | | | |

Status - Pays As Agreed; Type of Account - Mortgage; Type of Loan - Conventional Re Mortgage; Whose Account - Individual Account; ADDITIONAL INFORMATION - Closed or Paid Account/Zero Balance; Real Estate Mortgage;

# EXHIBIT G

Page 1 of 26

# Your personal credit report



**Experian**™
A world of insight

Prepared for: DORIE A BINGEMANN
Date: April 26, 2012
Report number: 2336-4727-37

In response to your recent request, we're pleased to send you this credit report. Your credit information can change over time, so we recommend you keep track of any changes by signing up for credit monitoring at experian.com/monitor.

## Contents

2   About the information in this report

2   Tools to manage your personal credit

2   Disputing information in this report

3   Your accounts that may be considered negative

9   Your accounts in good standing

23  Record of requests for your credit history

23  Your personal information

25  Dispute form

25  Notification of Rights



Scan me with your smart phone
for special offers from Experian.

**For your attention**
Visit experian.com/review to view the most recent information on file. You may also instantaneously and easily edit in the online tool.



PO Box 9701
Allen, TX 75013

0002347 04 MB 1.237 **AUTO   6 0 7101 32060-69331**   -CO3-P01246-11
DORIE A BINGEMANN
LIVE OAK FL 32060-6933

@006/077

7101-03-00-0001247-0003-0010134

Page 6 of 26

**Experian**

Prepared for: DORIE A BINGEMANN
Date: April 26, 2012
Report number: 2336-4727-37

Your accounts that may be considered negative (continued)

**GECRB/CARE CREDIT**
C/O P O BOX 965036
ORLANDO FL 32896
**Phone number**
(866) 396 8254
**Partial account number**
0520......
**Address Identification number**
0485291067

| Date opened | Type | Credit limit or | Responsibility |
|---|---|---|---|
| Apr 2009 | Revolving | original amount | Joint with |
| First reported | Terms | $4,800 | FREDERICK H BINGEMANN |
| Apr 2009 | Not reported | High balance | Status |
| Date of status | Monthly | $4,738 | Closed, $779 past due as of Apr 2012. |
| Feb 2012 | payment | | Creditor's statement |
| | $134 | | "Account closed at credit grantor's request." |

Recent balance
$3,368 as of Apr
2012

**Payment history**

2012
APR MAR FEB JAN DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB JAN DEC NOV OCT SEP AUG JUL JUN MAY APR
150 122 93 60 30 OK CK ON OK CK OK CK CK CK CK CK CK OK CK OK CK ON OK OK CK CK 87

2011                                                         2010                                                         2009

Account history - if your creditor reported your account balances to us, we list them in this section as additional information about your account. Your balance history may also include your credit limit and high balance or the original loan amount for an installment loan. This section also includes the scheduled payment amount, amounts actually paid and the dates those payments were made. ND: No Data.

| | AB = Account balance ($) | | | | | | DIFF = Date payment received | | | | | | = Scheduled payment amount ($) | | | | | | APP = Actual amount paid ($) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Mar12 | Feb12 | Jan12 | Nov11 | Oct11 | Sep11 | Aug11 | Jul11 | Jun11 | May11 | Apr11 | Mar11 | Feb11 | Jan11 | Dec10 | Nov10 | Oct10 | Sep10 | Aug10 | Jul10 | Jun10 | May10 | Apr10 |
| AB | 5,293 | 3,217 | 3,145 | 3,002 | 2,933 | 2,695 | 3,291 | 3,205 | 3,142 | 3,215 | 3,267 | 3,359 | 3,429 | 3,501 | 3,568 | 3,837 | 3,705 | 3,771 | 3,839 | 3,900 | 3,964 | 4,023 | April10 4,065 |
| DIFF | Sep07 | Sep07 | Sep07 | Sep07 | Sep07 | Sep07 | Aug04 | Jun10 | Jun10 | May10 | Apr08 | Mar03 | Feb04 | Jan06 | Dec06 | Nov06 | Oct08 | Sep10 | Aug08 | Jun29 | Jun04 | ND | ND |
| | 134 | 134 | 134 | 134 | 109 | 134 | 134 | 134 | 109 | 109 | 109 | 109 | 109 | 109 | 109 | 109 | 109 | 109 | 109 | 109 | 109 | ND | ND |
| APP | ND | ND | ND | ND | ND | 342 | 10 | ND | ND | 110 | 110 | 110 | 110 | 110 | 110 | 110 | 110 | 109 | 109 | 110 | 110 | ND | ND |

▲ Between Apr 2010 and Mar 2012, your credit itc High balance was $4,820

**GECRB/LOWES**
PO BOX 965005
ORLANDO FL 32896
**Phone number**
(800) 444 1408
**Partial account number**
0935......
**Address Identification number**
0600572343

| Date opened | Type | Credit limit or | Responsibility |
|---|---|---|---|
| Aug 2008 | Revolving | original amount | Joint with |
| First reported | Terms | $1,740 | FREDERICK H BINGEMANN |
| May 2009 | Not reported | High balance | Status |
| Date of status | Monthly | $1,977 | Closed, $427 past due as of Apr 2012. |
| Mar 2012 | payment | | Creditor's statement |
| | $61 | | "Account closed at credit grantor's request." |

Recent balance
$1,949 as of Apr
2012

**Payment history**

2012
APR MAR FEB JAN DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB JAN DEC NOV OCT SEP AUG JUL JUN MAY
150 120 90 30 OK OK CK CK OK CK OK CK CK CK OK CK OK CK OK CK OK CK CK OK CK

2011                                                         2010                                                         2009

0139638881

# EXHIBIT H

# Your personal credit report

## Experian™
A world of insight

Page 1 of 24

Prepared for: **FREDERICK H BINGEMANN**
Date: **April 26, 2012**
Report number: **2202-2550-08**

In response to your recent request, we're pleased to send you this credit report. Your credit information can change over time, so we recommend you keep track of any changes by signing up for credit monitoring at experian.com/monitor.

## Contents

2  About the information in this report

2  Tools to manage your personal credit

2  Disputing information in this report

3  Your accounts that may be considered negative

7  Your accounts in good standing

20  Record of requests for your credit history

21  Your personal information

23  Dispute form

24  Notification of Rights



Scan me with your smart phone
for special offers from Experian.

**For your attention**
Visit experian.com/vew to view this credit report instantly online. You can also disclose the information directly and easily within this online report.

FREDERICK H BINGEMANN
LIVE OAK FL 32060-6933
0003246 01 AB 1.237 **AUTO   5 0 7101 32060-693311   -C03-P0124741



05/09/2012 11:20 FAX                                                      029/077

7101-03-00-0000-0248-0000-00018121

Page 5 of 24

:··: Experian
∴ . . . . . .

Prepared for: FREDERICK H BINGEMANN
Date: April 26, 2012
Report number: 2202-2550-08

Your accounts that may be considered negative (continued)

**GECRB/LOWES**
PO BOX 965005
ORLANDO FL 32896
Phone number
(800) 444 1408
Partial account number
60935....
Address identification number
0606572343

| | |
|---|---|
| Date opened | Aug 2008 |
| First reported | May 2009 |
| Date of status | Mar 2012 |

| | |
|---|---|
| Type | Revolving |
| Terms | Not reported |
| Monthly payment | $61 |

| | |
|---|---|
| Credit limit or original amount | $1,740 |
| High balance | $1,977 |

| | |
|---|---|
| Recent balance | $1,949 as of Apr 2012 |

**Responsibility**
Joint with
DORIE A BINGEMANN
**Status**
Closed. $427 past due as of Apr 2012.
**Creditor's statement**
"Account closed at credit grantor's request."

Payment history
2012          2011
Mar12 Feb12 Jan12 Dec11 Nov11 Oct11 Sept11 Aug11 Jul11 Jun11 May11 Apr11
838   1910  1874  1805  1734  1795  1,728  1,651  1,309  1,590  1,551  April1
1F74  1024  Nov24 Nov24 Nov24 Aug29 Aug29   52     85     1001  May05  1,604
      60    68    85    85    85    86                   49     50     72    Apr01
      NO    67    ND    118   ND    ND       150    ND    60     76     55    51
                                                                                 55

APR MAR FEB JAN DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB JAN DEC NOV OCT SEP AUG JUL JUN MAY
2009

Account history – If your creditor reported your account balances to us, we list them in this section as additional information about your account. Your balance history may also include your credit limit and high balance or the original loan amount for an installment loan. This section also includes the scheduled payment amounts, amounts actually paid and the dates those payments were made.   ND: No Data.
AB = Account balance ($)     DA = Date payment received     SP = Scheduled payment amount ($)     APD = Actual amount paid ($)

▶ Between Mar 2012 and Mar 2012, your credit limit/high balance was $1,740
▶ Between Dec 2011 and Jan 2012, your credit limit/high balance was $1,740
▶ Between Apr 2011 and Aug 2011, your credit limit/high balance was $2,500

▶ Between Feb 2012 and Feb 2012, your credit limit/high balance was $0
▶ Between Sep 2011 and Nov 2011, your credit limit/high balance was $3,100

**MVB MORTGAGE**
24400 NORTHWESTERN HWY
SOUTHFIELD MI 48075
No phone number available
Partial account number
30800001.....
Address identification number
0485291057

| | |
|---|---|
| Date opened | Apr 2009 |
| First reported | May 2009 |
| Date of status | Mar 2012 |

| | |
|---|---|
| Type | Mortgage |
| Terms | 30 Years |
| Monthly payment | $1,044 |

| | |
|---|---|
| Credit limit or original amount | $146,667 |
| High balance | Not reported |

| | |
|---|---|
| Recent balance | $140,847 as of Mar 2012 |

**Responsibility**
Joint with
DORIE A BINGEMANN
**Status**
Open. $2,105 past due as of Mar 2012.
By Sep 2018, this account is scheduled to go to a positive status.

Payment history
2012          2011          2010          2009
MAR FEB JAN DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB JAN DEC NOV OCT SEP AUG JUL JUN MAY
60  30  30  30  OK  OK  OK  OK  OK  OK  OK  OK  30  15  30  OK  OK  OK  OK  OK  OK  OK  OK

0139638878